# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

In re:

6525 BELCREST ROAD, LLC,

        Debtors.

-----------------------------------------------------------------X

6525 BELCREST ROAD, LLC,

        Debtor-Appellant,        23 **CIVIL** 11205 (DEH)

-against-        **<u>JUDGMENT</u>**

DEWEY, L.C.,

        Appellees.

-----------------------------------------------------------------X

It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated June 4, 2025, the Order of the Bankruptcy Court is hereby affirmed; accordingly, the case is closed.

**Dated:** New York, New York
        June 4, 2025

        **TAMMI M. HELLWIG**

        **Clerk of Court**

**BY:**

        *[signature]*

        **Deputy Clerk**